IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ANNA M. BJORNSDOTTER, on behalf of herself and others similarly situated**, | |
| Plaintiff, | Civ. No. 6:18-cv-2079-MC |
| v. | JUDGMENT |
| **SUTTELL & HAMMER, P.S., and PATRICK LAYMAN,** | |
| Defendants. | |

**MCSHANE, Judge**:

Based on the record, judgment for Defendants.

IT IS SO ORDERED.

DATED this 4th day of March, 2020.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge

1 – JUDGMENT